# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimberly A. Falcone<br>　　　　Debtor<br>Rudolph Vilgilante<br>　　　　Co-Debtor | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　Movant<br>vs. | NO. 16-16560 AMC |
| Kimberly A. Falcone<br>　　　　Debtor | 11 U.S.C. Section 362 and 1301 |
| William C. Miller Esq.<br>　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3BFREV6GW520919 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this ____ day of Feb, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Kimberly A. Falcone
614 Gary Lane
Norristown, PA 19401

Rudolph Vilgilante
614 Gary Lane
Norristown, PA 19401

Albert J. Scarafone, Jr., Esq.
1717 Swede Street
Suite 200
Blue Bell, PA 19422-3372

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532