United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16560-amc
Kimberly A. Falcone                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Feb 15, 2017
                      Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db            Kimberly A. Falcone,    614 Gary Lane,    Norristown, PA 19401-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2017 02:32:12
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2017 02:32:33     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bnc@atlasacq.com Feb 16 2017 02:31:39     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
                                                                                                                  TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
         ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kimberly A. Falcone scarafone@comcast.net,
          ascarafone@gmail.com
         THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                      TOTAL: 4

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Kimberly A. Falcone | Bankruptcy No. 16-16560 |
| Debtor. | |
| Toyota Lease Trust | |
| Movant | |
| Vs. | |
| Kimberly A. Falcone | |
| Debtor | |
| William C. Miller, Esq. | |
| Trustee | |

## ORDER

**AND NOW,** this 15th day of February, 2017, it is hereby **ORDERED** that the February 14, 2017 Order granting Movant, Toyota Lease Trust's Motion for Relief, is hereby **VACATED.**

_____
Ashely M. Chan
United States Bankruptcy Judge