# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16560-AMC

KIMBERLY A. FALCONE

614 GARY LANE

NORRISTOWN, PA 19401-3520

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIMBERLY A. FALCONE

    614 GARY LANE

    NORRISTOWN, PA 19401-3520

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

Date: 3/23/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee