**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIMBERLY A. FALCONE | : | |
| | : | |
| DEBTOR | : | NO. 16-16560 AMC |

**CERTIFICATE OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of May 2, 2017 , I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation  in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Esquire
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
Phone No.: (610) 275-4000
Fax No.: (610) 275-4883