**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIMBERLY A. FALCONE | : | |
| | : | |
| DEBTOR | : | NO. 16-16560 AMC |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this 23rd day of May, 2017, upon consideration of the Application of Albert J. Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,810.00, shall be paid to Debtor's counsel as an administrative expense.

BY THE COURT:

**Date: May 23, 2017**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:
Albert J. Scarafone, Esquire
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

Frederic J. Baker, Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Kimberly A. Falcone
614 Gary Lane
Norristown, PA 19401-3520