United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly A. Falcone  
    Debtor

Case No. 16-16560-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JeanetteG      Page 1 of 1      Date Rcvd: May 24, 2017  
    Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.  
db      Kimberly A. Falcone,  614 Gary Lane,  Norristown, PA  19401-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:15      City of Philadelphia,  
    City of Philadelphia Law Dept.,  Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,  
    Philadelphia, PA  19102-1595  
smg      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2017 01:13:46  
    Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,  
    Harrisburg, PA  17128-0946  
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2017 01:13:57      U.S. Attorney Office,  
    c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404  
cr      +E-mail/Text: bnc@atlasacq.com May 25 2017 01:13:27      Atlas Acquisitions LLC,  294 Union St.,  
    Hackensack, NJ 07601-4303  
    TOTAL: 4

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:  
    ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kimberly A. Falcone scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com  
    THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KIMBERLY A. FALCONE | : | |
| | : | |
| DEBTOR | : | NO. 16-16560 AMC |

**ORDER APPROVING COUNSEL FEE**

    **AND NOW**, this 23rd day of May, 2017, upon consideration of the Application of Albert J. Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

    **ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,810.00, shall be paid to Debtor's counsel as an administrative expense.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

**Date: May 23, 2017**

cc:
Albert J. Scarafone, Esquire
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372

Frederic J. Baker, Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Kimberly A. Falcone
614 Gary Lane
Norristown, PA 19401-3520