# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-16560-AMC

KIMBERLY A. FALCONE

614 GARY LANE

NORRISTOWN, PA 19401-3520

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KIMBERLY A. FALCONE

  614 GARY LANE

  NORRISTOWN, PA 19401-3520

Counsel for debtor(s), by electronic notice only.

  ALBERT J SCARAFONE JR ESQUIRE
  1717 SWEDE RD
  SUITE 200
  BLUE BELL, PA 19422

Date: 7/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee