### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Kimberly A. Falcone | : | No. 16-16560 AMC |
|  | : |  |
|  | : |  |
| Debtor | : | Chapter 13 |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 7**

To the Clerk:

Kindly withdraw Proof of Claim Number 7 filed by Debtor on behalf of creditor.

/s/ Albert J. Scarafone
Albert J. Scarafone
Hill, Friedland & Scarafone
Attorney for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372