**UNITED STATES BANKRUTPCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KIMBERLY A. FALCONE                              Chapter 13

                    Debtor              Bankruptcy No. 16-16560-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___19th___ day of ___September___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
                    Ashely M. Chan
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
KIMBERLY A. FALCONE

614 GARY LANE

NORRISTOWN, PA 19401-3520