United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16560-amc
Kimberly A. Falcone                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Sep 19, 2017
                      Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
```
db              Kimberly A. Falcone,    614 Gary Lane,    Norristown, PA  19401-3520
13899868        Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road, Suite 200,
                 Blue Bell, PA 19422-3372
13792885       +Michael P. Clarke, Esquire,    Rudolph Clarke, LLC,    350 Sentry Parkway East,
                 Building 630, Suite 110-A,    Blue Bell, PA 19422-2314
13792886       +Montgomery County Tax Claim Bureau,    1 Montgomery Plaza,    Suite 600,
                 Norristown, PA 19401-4851
13792888        Municipality of Norristown,    225 E. Airy Street,    Norristown, PA 19401
13792887       +Municipality of Norristown,    235 East Airy Street,    Norristown, PA 19401-5003
13792889       +PECO,    P.O. Box 13439,    Philadelphia, PA 19101-3439
13982818       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13792890        PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13792892      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,     5005 North River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
13792891       +Tempoe LLC/Kmart,    c/o Security Credit Services,    2653 West Oxford Lopp #108,
                 Oxford, MS 38655-2929
13815793       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:45:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2017 01:45:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13817247       +E-mail/Text: bnc@atlasacq.com Sep 20 2017 01:44:48      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13818003       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 20 2017 01:44:52       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13856671*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
```
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kimberly A. Falcone scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Sep 19, 2017
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KIMBERLY A. FALCONE            Chapter 13

         Debtor           Bankruptcy No. 16-16560-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __19th__ day of __September__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422


Debtor:
KIMBERLY A. FALCONE

614 GARY LANE

NORRISTOWN, PA 19401-3520